JESSIE J. BARNES, Appellant, v STATE OF NEW YORK, Respondent. (Claim No. 100753.)

Submitted May 21, 2012; decided June 28, 2012

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]).